

**Littler Mendelson P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   9/22/22

Daniel Gomez-Sanchez
631.247.4713 direct
631.247.4700 main
631.824.9249 fax
dsgomez@littler.com

September 19, 2022

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: _Carolina Constanza Anorga v. Halseen, Inc., et al._
    Case No.: 22-cv-07799

Dear Judge Carter:

We represent Defendants Halseen, Inc. d/b/a Humming Homes, Adeel Mallick and Kyle Carnes (collectively "Defendants") in the above referenced matter. We write to respectfully request an extension of time from October 6, 2022 to October 31, 2022, to respond to Plaintiff's Complaint. Plaintiff consents to this request and this is Defendants' first request for an extension of time to respond.

The additional time is necessary because Defendants intend to file a motion to compel arbitration of this matter.  Plaintiff has already commenced a virtually identical proceeding in arbitration before JAMS.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

_/s/ Daniel Gomez-Sanchez_

Daniel Gomez-Sanchez
Kimberly E. Wilkens

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

DGS/mjr

4895-9282-8211.2 / 117161-1001

9/22/22

littler.com