UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINA CONSTANA ANGORA,<br><br>       Plaintiff,<br><br>-against-<br><br>HALSEEN, INC., d/b/a HUMMING HOMES, ADEEL MALLICK and KYLE CARNES,<br><br>       Defendants. | 22-CV-7799 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Defendants' motion to compel arbitration at ECF No. 13. Plaintiff is directed to file a response by **November 21, 2022**. Any reply must be filed by **December 5, 2022**.

*[Signature: Andrew L. Carter]*

**Dated: November 2, 2022**
   New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**