**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/17/2022

# LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

November 15, 2022

*<u>Via Electronic Case Filing</u>*
Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Anorga v. Halseen, Inc., et al*
                Case No.: 1:22-cv-07799 (ALC)

Dear Judge Carter:

      This firm represents Plaintiff in the above-referenced action. We write, with Defendants' consent, to respectfully request an extension of Plaintiff's deadline to respond to Defendants' motion to compel arbitration, which is currently November 21, 2022. This is the first request for an extension of this deadline.

      Defendants previously received an extension of almost thirty days to respond to the complaint in this action. [DE 10]. We now request an extension of the deadline to oppose Defendants' motion to compel arbitration with the following revised briefing schedule: Plaintiff's opposition papers due by January 4, 2023 and Defendants' reply papers due by January 25, 2023

      We make this request due to the undersigned's pre-planned vacation starting later this month and lasting through December as well as the upcoming religious and national holidays. Prior to making this application, I conferred with defense counsel and not only did he consent to our request, but he also proposed the aforementioned briefing schedule. We thank the Court for its attention and consideration to this request.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
11/17/2022

Respectfully submitted,

_____/s/_____
Louis M. Leon, Esq. (LL 2057)
*Attorneys for Plaintiff*

cc:    All counsel (*via* ECF).