**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/26/2023

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

**LAW OFFICES OF WILLIAM CAFARO**

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

January 20, 2023

***Via Electronic Case Filing***
Hon. Andrew L. Carter, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

     Re: *Anorga v. Halseen, Inc., et al*
        Case No.: 1:22-cv-07799 (ALC)

Dear Judge Carter:

  This firm represents Plaintiff in the above-referenced action. We write, jointly with Defendants, to respectfully request a 60-day stay of all deadlines and appearances in this case, including but not limited to Plaintiff's deadline to respond to Defendants' motion to compel arbitration.

  For context, the parties are currently involved in three, separate lawsuits: the instant action, an employment discrimination action which is in arbitration, and a state court action filed by Defendant Halseen, Inc. against Plaintiff. In order to save time and resources, the parties have agreed to participate in private mediation (not through the SDNY panel). The parties are currently in the process of selecting a mediator and scheduling the mediation. As such, we ask that the Court stay this case for 60 days. If the case does not settle during the 60-day stay, we will submit a joint letter requesting new deadlines. If the parties require additional time to hold the mediation, we will promptly alert the Court. We thank the Court for its attention and consideration to this request.

        Respectfully submitted,

        _____/s/_____
        Louis M. Leon, Esq. (LL 2057)
        *Attorneys for Plaintiff*

cc: All counsel (*via* ECF).

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
1/26/2023