**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**CAROLINA CONSTANA ANGORA,**

                              **Plaintiff,**

         **-against-**

**HALSEEN, INC., d/b/a HUMMING HOMES,**
**ADEEL MALLICK and KYLE CARNES,**

                              **Defendants.**

---

**22-CV-7799 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

        The parties are directed to file a joint status report by **April 28, 2023** advising the Court as

to the status of mediation and whether the parties intend to proceed with briefing the pending

motion to compel arbitration at ECF No. 13.

**Dated:  April 21, 2023**
        **New York, New York**
                                        _____
                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**