UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINA CONSTANA ANGORA,<br><br>        Plaintiff,<br><br>-against-<br><br>HALSEEN, INC., d/b/a HUMMING HOMES, ADEEL MALLICK and KYLE CARNES,<br><br>        Defendants. | 22-CV-7799 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court is in receipt of Defendants' status report at ECF No. 24 indicating that the parties are still engaged in private mediation. Accordingly, the Court will extend the stay for an additional **30 days**. The parties shall file a joint status report by **May 31, 2023**. If the parties have not reached a settlement by that time, Plaintiff's opposition to the motion to compel arbitration must be filed by **June 21, 2023** and any reply must be filed by **July 6, 2023.**

**Dated:  May 2, 2023**
   New York, New York

                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**